January 23, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00001-CV

AUGUSTIN RIVERA, JR., TERESA EREON GILTNER, HAROLD ODOM, BARBARA ELLIS, ANNA M. MCKIM, CYNTHIA EVA HUJAR ORR, C. ALFRED MACKENZIE, DWAINE M. MASSEY, AND CARLOS R. SOLTERO, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE TEXAS BOARD OF LAW EXAMINERS, Appellants

V.

DEBORAH SONNENSCHEIN, Appellee

This cause, an appeal from the judgment in favor of appellee, Deborah Sonnenschein, signed August 23, 2023, was heard on the appellate record. We have inspected the record and find reversible error in the judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment dismissing the case with prejudice.

We further order that all costs incurred by reason of this appeal be paid by appellee, Deborah Sonnenschein.

We further order this decision certified below for observance.

Judgment Rendered January 23, 2025.

Panel Consists of Chief Justice Brister and Justices Field and Farris. Opinion delivered by Chief Justice Brister